### 23931. BUFFINGTON *v.* THE STATE.

GUERRY, J. This case is controlled by the decision in *Poulos* v. *State*, ante. *Judgment affirmed. Broyles C. J., and MacIntyre, J., concur.*
DECIDED MARCH 30, 1934.

*J. Lon Duckworth, Samuel J. Boykin,* for plaintiff in error.
*Emmett Smith,* solicitor, contra.

### 23932. HAAS *v.* THE STATE.

GUERRY, J. This case is controlled by the decision in *Poulos* v. *State*, ante. *Judgment affirmed. Broyles, C. J., and MacIntyre, J, concur.*
DECIDED MARCH 30, 1934.

*J. Lon Duckworth, Samuel J. Boykin,* for plaintiff in error.
*Emmett Smith, solicitor,* contra.